```
A CERTIFIED TRUE COPY
       ATTEST

By April Layne on May 12, 2009

    FOR THE UNITED STATES
       JUDICIAL PANEL ON
    MULTIDISTRICT LITIGATION
```

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**May 12, 2009**

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: LE-NATURE'S, INC.,
COMMERCIAL LITIGATION
    BDO Seidman, LLP v. Marc S. Kirshner,         )
        S.D. New York, C.A. No. 1:09-3654         )      MDL No. 2021

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

     A conditional transfer order was filed in this action (*Seidman*) on April 17, 2009. Prior to expiration of that order's 15-day stay of transmittal, defendant in *Seidman* filed a notice of opposition to the proposed transfer. Defendant subsequently withdrew his notice of opposition.

     IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on April 17, 2009, is LIFTED. This action is transferred to the Western District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Donetta W. Ambrose.

FOR THE PANEL:

*Jeffery N. Lüthi*
Clerk of the Panel

[Stamp: U.S. DISTRICT COURT FILED MAY 18 2009 S.D. OF N.Y.]

```
CERTIFIED FROM THE RECORD
Date  5/12/09
ROBERT V. BARTH, JR., CLERK
                        Deputy
```